### WALTER ALEXANDER v. STATE.

No. A-2092. Opinion Filed September 19, 1914.

Appeal from County Court, McIntosh County;

Ben. D. Gross, Judge.

Walter Alexander was convicted of violating the prohibitory law, and appeals. Affirmed. ·

E. I. O'Reilly, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Walter Alexander, was convicted at the July, 1913, term of the county court of McIntosh county on a charge of unlawfully conveying intoxicating liquor from one place in McIntosh county to another place therein, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of sixty days. Judgment was rendered on the 24th day of July, 1913. The appeal was filed in this court on the 23rd day of September, 1913.

No briefs have been filed by plaintiff in error and no appearance made for oral argument. The Attorney General filed a motion to affirm for failure to prosecute. The motion is sustained and the judgment is in all things affirmed. Mandate ordered forthwith.